Filing # 131436133 E-Filed 07/26/2021 07:05:52 PM

# EXHIBIT C

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:
JUDGE:

DESTINEY GLENN and JUANYTA
GLENN, her wife,

    Plaintiffs,

v.

BRIDGE TRANSPORTATION, INC.,
JOAO G. SILVEIRA and CLAUDIO M.
ALMEIDA,

    Defendants.

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL
(Vehicle Negligence)

| | | |
|---|---|---|
| I. | NEGLIGENCE: | CLAUDIO M. ALMEIDA (DRIVER) |
| II. | NEGLIGENCE: | BRIDGE TRANSPORTATION, INC. (EMPLOYER / MOTOR CARRIER) |
| III. | NEGLIGENCE | JOAO G. SILVEIRA (OWNER / DANGEROUS INSTR.) |
| IV. | CONSORTIUM: | CLAUDIO M. ALMEIDA | BRIDGE TRANSPORTATION, INC. | JOAO G. SILVEIRA) |

Plaintiffs, DESTINEY GLENN and JUANYTA GLENN, sue Defendants, CLAUDIO M. ALMEIDA ("ALMEIDA"), BRIDGE TRANSPORTATION, INC. ("BTI") and JOAO G. SILVEIRA ("SILVEIRA") and allege:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $30,000.00 exclusive of interest and costs.

2. Venue and personal jurisdiction are proper as the actions or inactions happened in Duval County, Florida.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 07/27/2021 08:56:04 AM

3. At all relevant times, on December 30, 2020, both vehicles involved in the crash at issue were on I-295 near Duval Road in Jacksonville, Duval County, Florida.

4. At all relevant times, Plaintiff, DESTINEY GLENN, was operating her 2004 Chevrolet Monte Carlo on the aforementioned roadway.

5. At all relevant times, Defendant, ALMEIDA was operating a 2016 Freightliner Tractor Trailer on the aforementioned roadway.

## COUNT I
### (NEGLIGENCE: CLAUDIO M. ALMEIDA- DRIVER)

6. Plaintiff, DESTINEY GLENN re-alleges and adopts by reference numbered paragraphs 1 through 5 and further alleges:

7. On the aforementioned crash date, Defendant ALMEIDA negligently operated or maintained the Tractor Trailer he was driving, causing a crash with the car operated by Plaintiff.

8. As a result, this Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, will suffer the losses in the future.

**WHEREFORE,** this Plaintiff demands judgment for damages and costs of suit against this Defendant together with any additional relief the Court deems appropriate.

## COUNT II
### (NEGLIGENCE: BRIDGE TRANSPORTATION, INC. – EMPLOYER)

9. The Plaintiff re-alleges and adopts by reference numbered paragraphs 1 through 5, along with 7-8 and further alleges:

10. At all relevant times, Defendant BTI was a for profit corporation operating a

trucking company doing substantial not isolated business into and throughout the state of Florida.

11. At all relevant times Defendant BTI employed Defendant, ALMEIDA.

12. At all relevant times Defendant ALMEIDA, was acting in the course and scope of his employment with Defendant BTI.

13. At all relevant times, Defendant BTI, was negligent through the acts of its employee Defendant ALMEIDA.

14. As a result, Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent for continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE,** this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court deems appropriate.

## COUNT III
(NEGLIGENCE: JOAO G. SILVEIRA – OWNER / DANGEROUS INSTRUMENTALITY)

15. The Plaintiff re-alleges and adopts by reference numbered paragraphs 1 through 5, and 7 and further alleges:

16. At all relevant times Defendant, SILVEIRA owned, leased or had the right to possess and/or control the vehicle driven by Defendant, ALMEIDA involved in the crash at issue.

17. At all relevant times, Defendant, ALMEIDA, operated the vehicle with Defendant, SILVEIRA's knowledge and consent.

18.     Under Florida's Dangerous Instrumentality Doctrine, through ownership, right of possession and/or control of the vehicle, Defendant, SILVERIA is responsible for any negligence by driver Defendant, ALMEIDA.

19.     As a result, Plaintiff, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent for continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE,** this Plaintiff demands judgment against this Defendant, for damages and costs of suit, together with such other relief as the Court may deem appropriate.

## COUNT IV
### CONSORTIUM CLAIM:
### (BRIDGE TRANSPORTATION, INC. | JOAO G. SILVEIRA | CLAUDIO M. ALMEIDA)

20.     Plaintiff, JUANYTA GLENN re-alleges and adopts by reference numbered paragraphs 1 through 5, 7, 8, 10–14 and 16–19 and further alleges:

21.     At all materials times, Plaintiff, JUANYTA GLENN was and is the wife of Plaintiff, DESTINEY GLENN.

22.     As a result of the injuries her spouse suffered in the crash at issue, Plaintiff, JUANYTA GLENN has been and continues to be deprived of care, consortium, companionship and services of her wife.

**WHEREFORE,** this Plaintiff demands judgment for damages and costs of suit against Defendants ALMEIDA | BTI | SILVEIRA for damages, costs of suit, together with such other relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury on all issues so triable.

THE LAW FIRM OF
Pajcic & Pajcic
Since 1974

/s/ Raymond P. Reid, Jr.

**RAYMOND P. REID, JR., ESQUIRE**
Florida Bar No.: 0050245
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: raymond@pajcic.com
Secondary E-mail: michelle@pajcic.com
***Attorneys for Plaintiffs***